IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HOLLY GREEN                                                                PLAINTIFF

v.                              No. 1:16-cv-54-DPM

ROBERTO PEREZ                                                           DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*WPMarshall*
D.P. Marshall Jr.
United States District Judge

31 March 2017